IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.    8:26-MJ-118 (GLF) |
| | ) |         8:26-po-00050(GLF) |
| v. | ) | **Order Designating Material Witness and** |
| | ) | **Issuing Warrant** |
| WALSON TEGENIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America has applied to the Court for designation of Judith Augustin and Madeleine Na Chouloutte as material witnesses and for issuance of a material witness warrant to secure their presence for a deposition to perpetuate testimony in accordance with the provisions of Title 18, United States Code, Section 3144, Rule 15 of the Federal Rules of Criminal Procedure, and Title 8, United States Code, Section 1324(d). It appearing the testimony of said witnesses is material in this criminal proceeding, and it may become impracticable to secure the presence of said witnesses by subpoena, it is

ORDERED, that the aforesaid persons are material witnesses in this proceeding and shall remain in custody of the United States Marshal until trial or until the witnesses provides a deposition.

Dated: June__ 2026
       Plattsburgh, New York

                               Hon. Gary L. Favro
                               United States Magistrate Judge

UNITED STATES OF AMERICA,      )      No.    8:26-MJ-118 (GLF)

     )              8:26-po-00050(GLF)

     v.                         )

     )      **The United States' Application for**

WALSON TEGENIS,             )      **Designation of Material Witness and**

     )      **Arrest Warrant**

     Defendant.          )

     )

John A. Sarcone, First Assistant United States Attorney for the Northern District of New York (by Jeffrey C. Stitt, appearing) hereby requests that the Court issue an order finding that Augustin and Chouloutte (the "Material Witnesses") are material witnesses and that, if necessary, an arrest warrant be issued to preserve their presence in the District until depositions can be taken.

The United States respectfully submits the following to the Court in support of its material witness application:

(a) The Material Witnesses are charged as a material witness in the case of *United States of America v. Tegenis*, No. 8:26-mj-118 (GLF), in which the defendant is charged as follows based on conduct on or about May 31, 2026:

> The Defendant, knowingly and in reckless disregard of the fact that aliens have come to, entered, or remained in the United States in violation of law, did transport, move and attempt to transport and move, such aliens within the United States by means of transportation or otherwise in furtherance of such violation of law.

(b) The Material Witnesses are unlawful aliens who the defendant transported or attempted to transport within the United States. The United States sets forth additional facts to support this application in the attached affidavit.

(c) The Material Witnesses are not lawfully present in the United States and, to the undersigned's knowledge, have no ties within the United States sufficient to ensure future appearances in future proceedings.

(d)     The Material Witnesses are currently charged in Case No. 8:26-mj-050 (GLF) with illegally entering the United States, in violation of Title 8, United States Code, Section 1325(a)(1).

(e)     If the witnesses are sentenced and the material witness deposition is not concluded, the United States will execute the arrest warrant for the Material Witness and comply with any detention conditions imposed by the Court to ensure their presence at the deposition and to prevent a failure to justice.

(f)     The undersigned has been informed that the Material Witnesses are subject to an immigration removal and may be deported following completion of the criminal matter pending against him.   For this reason, it is impracticable to secure the presence of the Material Witnesses by subpoena for trial of the case against the defendant.

(g)     The testimony of the Material Witnesses are necessary and essential to the prosecution of the case against the defendant because the Material Witnesses are aliens who the defendant transported or attempted to transport within the United States in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

WHEREFORE, the United States moves the Court for an Order pursuant to Title 18, United States Code, Section 3144 and Rule 15 of the Federal Rules of Criminal Procedure, and as contemplated by Title 8, United States Code, Section 1324(d), further supported by the attached affirmation.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney
Northern District of New York

Dated: June 10, 2026

By:     */s/Jeffrey C. Stitt*

Jeffrey C. Stitt, Jr.
Assistant United States Attorney
Bar Roll No. 520195

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   8:26-MJ-118 (GLF) |
| | ) |        8:26-po-00050(GLF) |
| v. | ) | |
| | ) | **Affirmation in Support of the United** |
| WALSON TEGENIS, | ) | **States' Application for Designation of** |
| | ) | **Material Witness and Arrest Warrant** |
| Defendant. | ) | |
| | ) | |

Jeffrey C. Stitt, under penalties of perjury, affirms and says:

1.      I am an Assistant United States Attorney in the Office of the United States Attorney for the Northern District of New York, and as such, am familiar with the facts, circumstances, and proceedings in this case to date.

2.      This affidavit is submitted in support of your affiant's request that the Court designate Augustin and Chouloutte (the "Material Witnesses") as material witnesses and issue an arrest warrant upon them.

3.      The Material Witnesses was arrested on May 31, 2026, for being unlawfully present in, and illegally entering, the United States.   The United States' investigation to date reveals that the Material Witnesses are aliens that the defendant transported or attempted to transport within the United States.

4.      On May 31, 2026, the defendant, Tegenis, was arrested for transporting aliens following a traffic stop by United States Border Patrol (USBP).   USBP stopped Tegenis after observing four subjects get out of his vehicle and run north toward Canada followed by observations consistent with southbound alien smuggling.

5.      Tegenis was stopped following a traffic stop with six subjects in his vehicle, all of whom were determined to have entered the United States illegally.   Three of the subjects were

Colombian Nationals, and the other three with Haitian Nationals. The defendant admitted to USBP roadside that he was hired to drop off four people at the border and was expecting to pick up four additional people.

6. Each of the subjects, including the proposed material witnesses, Augustin and Chouloutte, possessed a large amount of currency on their person and all of the subjects admitted that it was to be used to pay the defendant.

7. The undersigned has been informed that after sentencing, the Material Witnesses may be deported or released by immigration with a Notice to Appear at a future date in immigration court. The Material Witnesses, if released, has no incentive to return to the Northern District of New York or to report to immigration court as they will face deportation. Moreover, Material Witnesses will have no reason to provide an accurate address where agents could locate them. For this reason, it is impracticable to secure the presence of the Material Witnesses by subpoena for trial of the criminal action against the defendant.

8. The testimony of the Material Witnesses are necessary and essential to the prosecution of the case against defendant because the Material Witnesses are aliens that the defendant allegedly transported or attempted to transport within the United States in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

WHEREFORE, it is respectfully requested that this Court issue an Order directing the arrest of the material witnesses pursuant to Title 18, United States Code, Section 3144.


Executed on June 10, 2026

/s/ Jeffrey C. Stitt
Jeffrey C. Stitt, Jr.
Assistant United States Attorney
Bar Roll No. 520195